UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT [SEATTLE] [TACOMA]

| | |
|---|---|
| DANIEL BOZANICH and PORFIRIO GARZA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REGAL CINEMAS, INC., a foreign profit corporation; and DOES, as yet unknown Washington entities,<br><br>Defendants. | CASE NO. 2:25-cv-2724-JNW<br><br>SCHEDULING ORDER |

**SCHEDULE**

Having reviewed the parties' Joint Status Report and Discovery Plan, the Court sets the following deadlines:

| **EVENT** | **DATE** |
|---|---|
| Deadline for joining additional parties | November 9, 2026 |
| Deadline for completing discovery related to class certification and related issues | January 6, 2027 |

| EVENT | DATE |
|---|---|
| All motions regarding the putative class, including motions for class certification and motions to strike class allegations | January 22, 2027 |
| Deadline for opposing motions regarding the putative class | 30 days after service of the motion |
| Deadline for replying in support of motions regarding the putative class | 15 days after service of the opposition |
| Deadline for supplemental joint status report on remaining discovery, motions practice, and trial | Within 14 days of the Court's ruling on class certification |

The Local Civil Rules set all other deadlines. Except as provided for in Judge Whitehead's Chambers Procedures, the dates listed in this order and set by the Local Civil Rules are firm and cannot be changed by agreement between the parties. The Court may alter the dispositive motions deadline and the dates that follow, but only if good cause is shown. Failure to complete discovery within the time allowed does not establish good cause. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event must be performed on the next business day.

If the scheduled trial date creates an irreconcilable conflict, counsel must email Grant Cogswell, Courtroom Deputy, at grant_cogswell@wawd.uscourts.gov within 10 days of the date of this Order, explaining the exact nature of the conflict. Failure to do so will be treated as a waiver. Counsel and pro se parties must be

prepared to begin trial on the date scheduled but should understand that trial may have to await the completion of other cases (e.g., criminal cases).

## PROCEDURAL MATTERS

All counsel and pro se parties must be familiar with and follow the District's Local Rules, Electronic Filing Procedures for Civil and Criminal Cases, and General Orders, which can be found on the Court's website at https://www.wawd.uscourts.gov/. All counsel and pro se parties must also follow Judge Whitehead's Chambers Procedures, which are available at https://www.wawd.uscourts.gov/judges/whitehead-procedures.

## SETTLEMENT

If this case settles, the parties must notify Mr. Cogswell as soon as possible at grant_cogswell@wawd.uscourts.gov. An attorney who fails to give prompt notice of settlement may be subject to sanctions or discipline under LCR 11(b).

Dated this 16th day of October, 2026.

Jamal N. Whitehead
United States District Judge